B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Michigan

| | | | |
|---|---|---|---|
| In re | **D.L. Garrett, Jr.**<br>**Gloria Jean Garrett** | Case No. | **14-53669** |
| | Debtor(s) | Chapter | **7** |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**ABC Warehouse/GECRB** | **Describe Property Securing Debt:**<br>**Washer, Dryer, TV** |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ■ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Art Van/GE Capital Bank** | **Describe Property Securing Debt:**<br>**Bed** |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ■ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto Finance** | **Describe Property Securing Debt:**<br>**2014 Jeep Cherokee with 2,589 Miles**<br>**VIN = 1C4PJMCS3EW245976** |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Dell Financial Services** | **Describe Property Securing Debt:**<br>**Computer** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

14-53669-pjs    Doc 11    Filed 09/08/14    Entered 09/08/14 18:21:56    Page 2 of 3

| Property will be (check one): | |
|---|---|
| ☐ Surrendered | ■ Retained |

If retaining the property, I intend to (check at least one):
■ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

| Property is (check one): | |
|---|---|
| ☐ Claimed as Exempt | ■ Not claimed as exempt |

Property No. 5

| **Creditor's Name:**<br>**Nationstar Mortgage Co.** | **Describe Property Securing Debt:**<br>**Residence -**<br>**6719 Meadow Ave.**<br>**Warren, MI 48091**<br>**SEV = $12,340.00** |
|---|---|

| Property will be (check one): | |
|---|---|
| ■ Surrendered | ☐ Retained |

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

| Property is (check one): | |
|---|---|
| ■ Claimed as Exempt | ☐ Not claimed as exempt |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September  2, 2014**          Signature **/s/ D.L. Garrett, Jr.**
                                                **D.L. Garrett, Jr.**
                                                Debtor

Date **September  2, 2014**          Signature **/s/ Gloria Jean Garrett**
                                                **Gloria Jean Garrett**
                                                Joint Debtor